AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | ) | |
| v. | ) | Case No. 13CR0424-JLS |
| | ) | |
| Jeffrey B. Keller (1) | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: January 17, 2014

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*


FILED
JAN 28 2014
CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

_____
*Judge's signature*