1  Michael L. Lipman (SBN 66605)
   Barbara Howe Murray (SBN 177254)
2  **DUANE MORRIS LLP**
   750 B Street, Ste. 2900
3  San Diego, CA 92101
   Telephone: 619.744.2200
4  Facsimile: 619.744.2201
   email:    mllipman@duanemorris.com
5             bhmurray@duanemorris.com

6  Attorneys for Defendant
   JEFFREY B. KELLER

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,              )   Case No. 13CR0424 JLS
                                           )
12              Plaintiff,                 )   **JOINT MOTION TO CONTINUE**
                                           )   **JEFFREY B. KELLER'S**
13       v.                                )   **SENTENCING**
                                           )
14  JEFFREY B. KELLER (1), STUART          )   **DATE:        February 10, 2017**
    STEINFELD (2),                         )   **TIME:        9:00 a.m.**
15                                         )   **Courtroom:   4A**
                                           )   **Judge:  Hon. Janis L. Sammartino**
16              Defendants.                )
                                           )
17

18       Defendant Jeffrey B. Keller and the United States of America, through their

19  respective counsel, respectfully request that the Court enter an Order continuing Mr.

20  Keller's sentencing from November 10, 2016 to February 10, 2017 at 9:00 a.m. on the

21  grounds that the parties need additional time to prepare for sentencing.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**JOINT MOTION TO CONTINUE JEFFREY B. KELLER'S SENTENCING**

1    Mr. Keller's acknowledgement of the new sentencing date is filed concurrently

2  herewith.

3

4  Dated:  October 11, 2016          **DUANE MORRIS LLP**

5                                     By:/s/ Barbara Howe Murray
                                      Michael L. Lipman
6                                     Barbara Howe Murray
7                                     Attorneys for Defendant Jeffrey B. Keller

8  Dated:  October 11, 2016          **LAURA E. DUFFY**
                                      **United States Attorney**
9                                     By:/s/ Daniel E. Zipp
10                                    Daniel E. Zipp
                                      Assistant U.S. Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28