Michael L. Lipman (SBN 66605)
Barbara H. Murray (SBN 177254)
**DUANE MORRIS LLP**
750 B Street, Ste. 2900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
email:  mllipman@duanemorris.com
         bhmurray@duanemorris.com

Attorneys for Defendant
JEFFREY KELLER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-CR-0424-JLS |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCKET #151 AND DOCKET #152** |
| v. | |
| JEFFREY KELLER, | JUDGE: Hon. Janis L. Sammartino |
| Defendant. | |

Jeffrey Keller, by and through his counsel, Duane Morris LLP, respectfully withdraws Jeffrey Keller's Sentencing Memorandum filed on July 21, 2017 as Docket No. 151 and Jeffrey Keller's Sentencing Summary Chart filed on July 21, 2017 as Docket No. 152.

Dated:  July 25, 2017            **Duane Morris LLP**

                                 By:/s/ Barbara Howe Murray
                                     Michael L. Lipman
                                     Barbara Howe Murray
                                     Attorneys for Jeffrey Keller

**JEFFREY KELLER'S WITHDRAWAL OF DOCKET #151 AND DOCKET #152**
DM1\7965776.1
**13-CR-0424-JLS**