ADAM L. BRAVERMAN
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California Bar No. 215953
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6732
Fax: (619) 546-0465
Email: Luella.Caldito@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY B. KELLER,<br><br>  Defendant | Case No.  13CR0424-JLS<br><br>JOINT MOTION FOR PAYMENT OF RESTITUTION WITH BOND MONEY |

It is hereby jointly requested by the plaintiff, United States of America, by and through its counsel, Adam L. Braverman, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, and Defendant Jeffrey B. Keller, by and through his counsel, Michael L. Lipman and Barbara Howe Murray, that the money posted for Defendant's bond be applied to Defendant's restitution judgment pursuant to 28 U.S.C. § 2044.  This motion is based upon the files and records of the case, together with the attached statement of facts and memorandum of points and authorities.

//

//

# I
# **STATEMENT OF FACTS**

On February 5, 2013, Defendant Jeffrey B. Keller ("Defendant") was charged in an indictment with conspiracy to commit mail fraud, wire fraud, and money laundering, in violation of 18 U.S.C. § 371, mail fraud, in violation of 18 U.S.C. § 1341, wire fraud, in violation of 18 U.S.C. § 1343, money laundering, in violation of 18 U.S.C. § 1957, aiding and abetting, in violation of 18 U.S.C. § 2, and criminal forfeiture pursuant to 18 U.S.C. §§ 981(a)(1) and 982(a)(1)(C) and 28 U.S.C. § 2461(c). [Doc. No. 1.][1]

On or about February 6, 2013, United States Magistrate Judge William V. Gallo set a $50,000 cash bond. [Doc. No. 5.] On or about February 6, 2017, the cash bond in the amount of $50,000 was deposited with the Clerk's Office. [Doc. No. 12.]

On July 28, 2017, this Court sentenced Defendant to three months in custody and three years of supervised release. [Doc. No. 161, 165.] Additionally, the Court ordered Defendant to pay restitution in the amount of $1,000,000,000 to the Internal Revenue Service. [*Id.*] The Court further ordered that payment of restitution shall be forthwith and that Defendant had the ability to pay interest. [Doc. No. 165.]

Defendant was released from custody on or about December 12, 2017. To date, Defendant has paid a total of $75.00 towards restitution.

# II
# **ARGUMENT**

**A.    This Court Must Apply Defendant's Bond Money To the Payment of Restitution**

Pursuant to 28 U.S.C. § 2044, "[o]n motion of the United States attorney, the court shall order any money belonging to and deposited by or on behalf of the defendant with the court for the purposes of a criminal appearance bail bond (trial or appeal) to be held

---

[1]    "Doc. No." refers to the docket number of the Clerk's Record in Criminal Case No. 13CR0424-JLS.

2

and paid over to the United States attorney to be applied to the payment of any assessment, fine, restitution, or penalty imposed upon the defendant." "This section shall not apply to any third party surety." *Id.*

Defendant admits that the bond money belonged to him. Additionally, the Government received documents from First Republic Bank that indicate the bond money was transferred from Defendant's business account to Defendant's joint checking account he shared with his former wife, Karen Lynn Keller.[2] The bond money was withdrawn from the Defendant's joint checking account in the form of a cashier's check and deposited with the Clerk's Office.

Given that the bond money belonged to Defendant and that Defendant has an outstanding restitution judgment, the parties jointly request that the bond money be applied towards the restitution judgment pursuant to 28 U.S.C. § 2044.

### III

### CONCLUSION

The parties request that the Court grant the joint motion to apply the bond money towards Defendant's restitution judgment pursuant to 28 U.S.C. § 2044.

DATED: January 23, 2018

Respectfully submitted,
 ADAM L. BRAVERMAN
 United States Attorney

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant United States Attorney

/s/ *Barbara Howe Murray*
BARBARA HOWE MURRAY
MICHAEL L. LIPMAN
Counsel for Defendant

---

[2] According to the PSR, Defendant and Karen Lynn Keller divorced in 2013, following his arrest in this case.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY B. KELLER,<br><br>　　　　　Defendant. | Case No.   13CR0424-JLS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Luella M. Caldito, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the JOINT MOTION FOR PAYMENT OF RESTITUTION WITH BOND MONEY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Barbara Murray and Michael Lipman, counsel for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2018

　　　　　　　　　　　　　　　　　　　　　/s/ *Luella M. Caldito*
　　　　　　　　　　　　　　　　　　　　　LUELLA M. CALDITO
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

4