FILED

18 JAN 25 PM 3:80

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY B. KELLER,<br><br>Defendant. | Case No. 13CR0424-JLS<br><br>ORDER AUTHORIZING PAYMENT OF RESTITUION WITH BOND MONEY |
|---|---|

Upon the joint motion of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Clerk release the amount of $50,000, plus interest, from the interest bearing account in the above entitled case and apply towards the defendant's outstanding criminal restitution debt.

IT IS FURTHER ORDERED that the Clerk is authorized to deduct a fee for the handling of all funds deposited with the Court and held in interest bearing accounts or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

IT IS SO ORDERED.

DATED: 1/25/18

_____
HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

13CR0424-JLS